SEP 29 2006

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No.: CR04-5045 |
| vs. | ) |
| KERRIANN L. HUBERT, | ) ORDER FOR DISMISSAL |
| Defendant. | ) |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon the United States Attorney for the Western District of Washington hereby dismisses the Superseding Information filed on February 4, 2004, charging Count I violation of Title 18, United States Code, Section 7 and Title 21, United States Code, Section 844 (possession of a controlled substance, marijuana), and Count II violation of Title 18, United States Code, Sections 7 and 13, and RCW 46.20.342, (DWLS 2nd degree), against Defendant, KERRIANN L. HUBERT.

///
///
///
///

04-CR-05045-ORD

Page 1 of 2 – ORDER FOR DISMISSAL
USA v. HUBERT
CR04-5045

Special Asst. U. S. Attorney
Naval Base Kitsap
365 S. Barclay, Bldg 433
Bremerton, WA 98314-5260
(360) 627-3411

DATED this 26th day of September, 2006.

JOHN McKAY
United States Attorney

R. B. STALEY
Special Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

DATED this 29 day of September, 2006.

UNITED STATES MAGISTRATE JUDGE

Page 2 of 2 – ORDER FOR DISMISSAL
USA v. HUBERT
CR04-5045

Special Asst. U. S. Attorney
Naval Base Kitsap
365 S. Barclay, Bldg 433
Bremerton, WA 98314-5260
(360) 627-3411